IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
CORPUS CHRISTI DIVISION

| | | |
|---|---|---|
| STEPHEN R. COX, | § | |
| | § | |
| Plaintiff, | § | |
| v. | § | Civil Action |
| | § | No. C-07-235 |
| | § | |
| UNITED STATES OF AMERICA, | § | |
| | § | |
| Defendant. | § | |
| | § | |

**FINAL JUDGMENT**

In accordance with this Court's Order GRANTING the United States' motion to dismiss the above-styled action (D.E. 9, granting D.E. 3), the Court hereby enters final judgment DISMISSING this case in its entirety.

SIGNED and ENTERED on this 20th day of June, 2007.

_____
Janis Graham Jack
United States District Judge